UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RODNEY CARL WHEELER,

    Petitioner,

v.

PAT GLEBE,

    Respondent.

CASE NO. C10-5915BHS

ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME

This matter comes before the Court on Petitioner Rodney Carl Wheeler's ("Wheeler") unopposed motion for extension of time to file objections to the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 16). The Court having considered the unopposed motion and the remaining record does hereby find and **ORDER** that Wheeler's motion (Dkt. 17) is **GRANTED** to the extent that he may file his objections to the Report and Recommendation on or before **May 6th, 2011** and the Report and Recommendation (Dkt. 16) is hereby **RENOTED** to May 6, 2011.

DATED this 18th day of April, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER