# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RODNEY CARL WHEELER,<br><br>                    Petitioner,<br><br>    v.<br><br>PAT GLEBE,<br><br>                    Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C10-5915BHS |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

1. Petitioner's Motion to Withdraw Without Prejudice (Dkt. 19) is **DENIED**;

2. The R&R is **ADOPTED**; and

3. This action is **DISMISSED without prejudice.**


       Dated this 18 day of May, 2011.

                                        William M. McCool
                                        Clerk

                                        s/*CM Gonzalez*
                                        Deputy Clerk